IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04CR214-A |
| | ) | [WO] |
| DONNEL EDWARDS | ) | |

**ORDER ON MOTION**

On 28 April 2005, the probation officer filed a Petition to Revoke the defendant's pretrial supervision (Doc. # 145). The court conducted an evidentiary hearing on the petition on 10 May 2005. Upon consideration of the petition and the evidence and arguments advanced at the hearing, and for good cause, it is

ORDERED that the petition is denied. The defendant, who has been confined since his arrest, shall be RELEASED pending his trial for the reasons stated on the record in open court. It is further ORDERED as follows:

1. Pending his trial, the defendant shall reside with his mother at her residence.

2. The defendant shall report, ***in person***, to his probation officer at least two time each week, on a schedule to be set by the probation officer.

3. The defendant shall continue to be subjected to random drug testing.

4. If the defendant tests positive for drugs (controlled substances), the court will revoke his release and confine him to jail pending his trial.

5. If the defendant fails to report to his probation officer on any one occasion, the

court will revoke his release and confine him to jail pending his trial.

6. The defendant's travel shall be limited to the Middle District of Alabama.

DONE this 11th day of May, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE