IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04CR214-A |
| | ) | [WO] |
| DONNELL EDWARDS | ) | |

**ORDER ON MOTION**

On 6 June 2005, the court conducted an evidentiary hearing on the petition to revoke the defendant's pretrial release (Doc. # 191).  Upon consideration of the allegations in the petition, the evidence received at the hearing, and counsel's argument, it is

ORDERED that the petition is GRANTED.  It is further

ORDERED that the defendant's pretrial release be REVOKED pending his trial.  The court FINDS that the defendant, without good cause, failed to comply with the requirement that he refrain from possessing or using a controlled substance.  Accordingly, he is remanded to the United States Marshal pending his trial.

DONE this 23rd day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE